J. Gregory Hickey *v.* Zoning Board of Appeals of
the Town of Old Lyme
(PAC 87-051)
William Spicer, Jr., et al. *v.* Zoning Commission
of the Noank Fire District
(PAC 87-054)
Richard Chapman *v.* Zoning Commission of the
Town of North Stonington et al.
(PAC 87-057)
Marion Stanavage *v.* Zoning Board of Appeals of
the Town of Colchester
(PAC 87-056)
Paul R. Beckman et al. *v.* Planning and Zoning
Commission of the Town of Killingworth
(PAC 87-072)
Terrence McKenna et al. *v.* Planning and Zon-
ing Commission of the Town of Stonington
(PAC 87-076)
Downes-Patterson Corporation *v.* Planning and
Zoning Commission of the Town of Stonington
(PAC 87-077)
Wells Pond Wildlife Preserve et al. *v.*
Planning and Zoning Commission of the
Town of Wethersfield et al.
(PAC 87-079)
John Errichetti *v.* Planning and Zoning Commission
of the Town of Watertown
(PAC 87-064)
(PAC 87-065)
(PAC 87-066)
(PAC 87-067)
High Meadow Associates *v.* Planning and Zoning
Commission of the Town of Watertown
(PAC 87-068)
(PAC 87-069)
Gary Widlitz et al. *v.* Planning and Zoning Commis-
sion of the Town of Killingworth
(PAC 87-074)

JEANETTE LECARDO ET AL. *v.* ZONING BOARD OF
APPEALS OF STRATFORD ET AL.
(PAC 87-075)
LIBERTY RIDGE ASSOCIATES *v.* PLANNING AND ZON-
ING COMMISSION OF THE TOWN OF CHESTER
(PAC 87-078)
JOHN NEMCZUK ET AL. *v.* PLANNING AND ZONING COM-
MISSION OF THE TOWN OF LISBON
(PAC 87-080)
GAM, INC. *v.* PLANNING AND ZONING COMMISSION OF
THE TOWN OF STONINGTON
(PAC 87-083)
MARK MUKON *v.* ZONING BOARD OF APPEALS OF THE
TOWN OF EAST HAMPTON
(PAC 87-081)

DUPONT, C. J., BORDEN, SPALLONE, DALY, BIELUCH, O'CONNELL,
STOUGHTON, NORCOTT and FOTI, Js.

Decision released May 25, 1988

PER CURIAM. Each of these zoning appeals was dis-
missed in the Superior Court as jurisdictionally defec-
tive under *Simko* v. *Zoning Board of Appeals,* 205 Conn.
413, 533 A.2d 879 (1987), affirmed on rehearing, *Simko*
v. *Zoning Board of Appeals,* 206 Conn. 374, 538 A.2d
202 (1988) (en banc). A petition for certification was
filed in this court in each case. Under our supervisory
powers pursuant to Practice Book § 4183, we deny each
of the petitions, without prejudice to the refiling of
them at a later date. We do so in order to allow the
petitioners to pursue any rights afforded to them by
Section 3 of Public Acts 1988, No. 88-79. Our denials
of these petitions without prejudice are not intended
to be final judgments under Section 3 of Public Acts
1988, No. 88-79.